JOHN S. LEONARDO
United States Attorney
District of Arizona

MONICA B. KLAPPER
Assistant U.S. Attorney
Arizona State Bar No. 013755
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Monica.Klapper@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 1 7 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-15-01436-PHX-SPL |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| vs. | VIO: 18 U.S.C. § 371 |
| William Schwoerer, | Conspiracy |
| Defendant. | Count 1 |

THE UNITED STATES ATTORNEY CHARGES:

At all times relevant to this Information, in the District of Arizona and elsewhere:

### BACKGROUND

1. WILLIAM SCHWOERER was a residential developer and builder, operating through his company Cordel Contracting Corporation. He was married to C.S., who owned Apex Financial, LLC.

2. **New River Vacant Land.** In August of 2006, SCHWOERER purchased 10 acres of vacant land for $800,000 in New River, Arizona, using his brother-in-law and friend, Bryce E., as the nominal owner. SCHWOERER supplied a $250,000 down payment in the name of Bryce E. and assisted with the monthly payments on the property.

    a. In February of 2010, after the downturn in the residential real estate

market, SCHWOERER e-mailed Bryce E. a plan to defraud the property lender, M&I Bank (now BMO Harris Bank), by short selling the property to SCHWOERER "for pennies on the dollar."

      b.     In a subsequent short sale, the parties submitted a statement attesting that the parties were conducting "an 'arms length' transaction, with there being no personal, family or business relationships between the buyer and seller."

      c.     In the short sale, Shelly B. of DPR Realty represented both the buyer and the seller and was aware of the relationship between the parties.

      c.     The property was short sold to SCHWOERER's wife, C.S., for $50,000 on August 20, 2010; as a result of the transaction, M&I Bank lost $473,088.40.

      3.     **Sabrosa Property**. In August of 2009, LeeAnn E., mother of Bryce E., purchased a home from SCHWOERER at 101 East Sabrosa Drive in New River, Arizona, for $630,000, as a nominal owner.

      a.     In December of 2010, SCHWOERER attempted to short sell the home to his wife, Carena S., for $250,000.

      b.     Real estate agent Shelly B. of DPR Realty, again aware of the relationship between the parties and representing both the buyer and the seller, sought to close the transaction; she sought to have SCHWOERER electronically sign documents on behalf of nominal owner LeeAnn E.

      c.     The lender, M&I Bank, was alerted to the fraudulent nature of this transaction by a third party who sought to purchase the home in the short sale for the full short sale price of $290,000. M&I Bank ultimately rejected all short sale offers, the property went into foreclosure, and the property was sold at auction for $292,000 in April of 2011, resulting in a loss of $336,257.50 to M&I Bank.

## COUNT 1
## Conspiracy
## 18 U.S.C. § 371

The factual allegations in paragraphs 1 through 3 are incorporated by reference

1   and re-alleged as though fully set forth herein.

2   4.   Between about January 2006 through on or about April of 2011, in the District of Arizona and elsewhere, Defendant WILLIAM SCHWOERER, individually and doing business under the entities described above, along with other individuals and entities described above, knowingly and willfully conspired and schemed to commit the following offense against the United States: bank fraud, in violation of 18 U.S.C. § 1344. Defendant knowingly and intentionally conspired and schemed to defraud M&I Bank (now BMO Harris Bank), which is FDIC-insured, by providing materially false statements and omissions to M&I Bank with the intent to defraud. In furtherance of the conspiracy, Defendant committed the following overt act, among others:   On or about August 20, 2010, Defendant caused to be submitted to M&I Bank, for the purpose of obtaining approval for a short sale, a document falsely attesting that the parties to the short sale were not related, when in fact the parties were family members and friends. This conduct was in violation of 18 U.S.C. § 371.

Dated this 27th day of October, 2015.

JOHN S. LEONARDO
United States Attorney
District of Arizona

MONICA B. KLAPPER
Assistant U.S. Attorney