# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-01436-01-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| William Ralph Schwoerer, | |
| Defendant. | |

Having reviewed the Defendant's Motion to Terminate Probation (Doc. 25), there being no objection by the Government or Probation Officer, and finding good cause appearing,

**IT IS HEREBY ORDERED** granting Defendant's Motion (Doc. 25). Defendant is hereby terminated from his period of probation.

The Court finds excludable delay under Title 18 U.S.C. § 3161(h)____ from _____ to _____.

Dated this 13th day of September, 2017.

Honorable Steven P. Logan
United States District Judge